UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-cv-21291-BB

JESUS GONZALEZ,

    Plaintiff,

vs.

NNN REIT, LP.

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff, through the undersigned attorney, hereby gives notice to this Honorable Court that all parties have reached an amicable resolution of this dispute. Thus, Plaintiff respectfully requests for all deadlines in this case to be tolled while the parties finalize their agreement and move to dismiss this matter within twenty one (21) days of the filing of this Notice of Settlement.

Dated this 26th day of April 2024.

Respectfully Submitted,

                                                */s/ Alberto R. Leal.*
                                                Alberto R. Leal, Esq., P.A.
                                                Florida Bar No.: 1002345
                                                E-Mail: albertolealesq@gmail.com
                                                8927 Hypoluxo Rd. #157
                                                Lake Worth, FL 33467
                                                Phone: 954-637-1868
                                                Attorney for Plaintiff